# Exhibit 2

# His Judgement Cometh and That Right Soon

*By The Honorable Judge James R. Brown*

**HEAR YE! HEAR YE! HEAR YE!**

The Court of Common Sense is finally back in Session after far too many years of adjournment.  This Honorable Court hereby declares to all the good, decent, fair-minded and loyal readers of the legendary columnist John Kass and to anyone else who is interested, that there is again "*Probable Cause*" for renewed faith in the American Justice system.

Justice awaits those who brazenly and viciously demonized the 77 million Trump supporters.  Accountability, in one form or another, is coming to the George Soros-funded progressive prosecutors who waged "lawfare" against President Trump.   Prosecutors engaging in lawfare sent shockwaves not only through the legal community but also through our system of justice.

As President Trump said so many times during the campaign, "the only thing that stands between You and Them, is Me".  That statement was spot-on accurate.

It reminds me of a famous quote from one of the greatest movies ever made. In the movie, *The Shawshank Redemption*, Warden Norton's corruption scheme has been revealed, the authorities are closing in on him, and he is about to be arrested. The camera pans to a picture of a quote hanging on the warden's office wall, *"HIS JUDGEMENT COMETH and that RIGHT SOON"*



Ladies and Gentlemen, the evidence shows that the scales of justice have tipped, the tables have turned, and Judgement Day is Coming.

First, the ever-resilient American People have endured and survived the Obama, and Biden/Harris administrations and their inane policies.

We outlived the draconian Covid Lockdowns, and the Fauci lies.

We have persevered despite repeated attempts to censor our speech.

We watched two politically contrived and bogus impeachments.

We witnessed the freakish escapades of Hunter Biden, courtesy of his "laptop from hell."

Inconceivably, a bag of cocaine was found at the Whitehouse.

Social Media platforms manipulated our online searches.

Mail-in ballots and drop boxes, some say, were used to steal a Presidential Election.

The January 6th Committee findings were so partisan based and erroneous that President Biden was compelled to issue a preemptive pardon to all committee members.

We tragically lost 13 U.S. service members in the botched Afghanistan withdrawal.

Statues were erected in honor of 8 time convicted felon George Floyd.

In the summer of 2020, the BLM riots caused more than $1 billion dollars of damage.

Several major cities defunded their police departments.

Many prominent voices were canceled for voicing their opinions and many of our institutions were falsely accused of systemic racism.

Biological men were allowed to participate in women's sports and allowed to use their bathrooms and locker rooms. Tampons were put in boys' bathrooms at some schools.

A United States Supreme Court nominee could not articulate the definition of 'Woman" at her confirmation hearing."

The Biden Administration allowed millions of undocumented illegal immigrants into our country.

Deadly fentanyl, coming through our southern border, caused tens of thousands of deaths.

American citizens have been senselessly murdered by illegal aliens.

Conservative Supreme Court Justices have been doxed.

A Democrat aide filmed himself having sex in a Senate hearing room.

A transgender activist went topless at a Whitehouse event.

American citizens suffered through crippling inflation.

Russia invaded Ukraine on Biden's watch.

The Supreme Court's "Dobbs" decision (abortion) was illegally leaked, and no person has ever been held accountable. On several occasions President Biden fell down, shook hands with invisible people and wandered off aimlessly at events and was unable to answer questions without a teleprompter.

Democrats refused to hold a primary after Biden withdrew from the 2024 Presidential race. President Biden was investigated for illegally possessing classified documents. A Special Prosecutor declined to charge him, concluding in part, that he was an "elderly man with a poor memory."

Americans watched President Trump get shot on live television at a rally in Butler, Pennsylvania.

But the most serious and dangerous threat ever directed at the American system of Justice is the use of lawfare by the Left. Lawfare is defined as a strategic use of the legal system as a tool to achieve a political objective. Lawfare has been waged by Soros-funded prosecutors and has had a

chilling effect on our justice system. Using the law to destroy your political opponent or using the law to thwart the will of the People is un-American, unjust, unbecoming, untoward and illegal.

Progressive prosecutors have blatantly violated their oath to uphold the law. The use of lawfare has caused the American People to lose faith and trust in the justice system.  <u>According to a 2024 Gallup poll, confidence in the judicial system has declined to a record low of just 35%.</u>

The most notable examples of Left's use of lawfare include Colorado Secretary of State and attorney Jena Griswold sued to keep President Trump off the Colorado ballot in the 2024 Presidential Election. Griswold's futile efforts resulted in a unanimous 9 to 0 decision by the U.S. Supreme Court (Trump v Anderson) prohibiting Colorado and the remaining 49 states from removing President Trump from the ballot.

Soros-funded and Trump-hating New York Attorney General Letitia James sued President Trump for civil fraud. The flimsy case was a blatant attempt by AG James to bankrupt President Trump and keep him off the campaign trail. With the assistance of Leftist Judge Arthur Engeron, President Trump was found liable, and Engeron imposed an unprecedented $465 million civil fine.  Recently, the New York Court of Appeals vacated the fine because it violated the 8th Amendment which prohibits the imposition of excessive fines.  Ironically, Letitia James is currently under investigation by the Justice Department for mortgage fraud.

Next, Soros-funded New York District Attorney Alvin Bragg indicted President Trump on 34 felony counts of falsifying business records. With the assistance of conflicted Judge Juan Merchan, the case resulted in a conviction on all counts. However, the overwhelming consensus in the legal community is that this case will eventually be overturned on appeal.

According to Bloomberg News more than 320 lawsuits have been filed against the Trump Administration this year alone. Through the use of lawfare the Left is hellbent on stopping President Trump from implementing his agenda.

Locally, the law-abiding citizens of Cook County have had to endure eight years of Soros-funded Cook County State's Attorney Kim Foxx.

Foxx deliberately ignored her oath of office. Foxx refused to prosecute felony retail theft cases unless the value of the merchandise exceeded $1,000.00. Illinois law requires that the value of the stolen merchandise exceeds $300.00 to make it a felony.

Most remarkably, Foxx allowed Jussie Smollett to get away with a hate crime hoax that stunned the nation. The case ultimately ended in the Illinois Supreme Court overturning Smollett's conviction not because the evidence of Smollett's guilt was insufficient but due to a legal technicality.

However, some good did come out of the Smollett hoax fiasco. The much-maligned Chicago Police Department Detective Division conducted a thorough and fair investigation. Their textbook investigation exposed Smollett's lies for the nation to see.

Retired Illinois Appellate Court Justice Sheila O'Brien, in a capacity as a private citizen, helped to expose and correct the injustice inflicted by Kim Foxx.

Judge Michael Toomin (now deceased), a widely respected Jurist, made a courageous ruling and reinstated the case that Foxx dismissed. That decision, did not sit well with the Democrat party and Judge Toomin was

targeted for defeat in his retention election by Cook County Board President Toni Preckwinkle. Despite those nefarious efforts, Judge Toomin was successfully retained.

Special Prosecutor Dan Webb, one of the finest trial lawyers in America, and his team did an outstanding job presenting the evidence. Webb prosecuted the case "pro bono." Smollett Trial Court Judge James Linn, one of very best judges to ever wear a robe, conducted a fair and impartial trial.

Regrettably, Smollett was not held to account legally, but fortunately the Court of Public Opinion rendered a very negative verdict against him.

Some of the most prominent Soros-funded prosecutors have also met a bad fate.

Soros-funded Baltimore prosecutor, Marilyn Mosby, was convicted of perjury and is no longer a prosecutor.

Soros-funded San Francisco prosecutor Chesa Boudin was recalled and removed from office by voters halfway through his term.

Los Angeles County and Soros-funded prosecutor George Gascon lost his reelection bid in 2024.

Fulton County District Attorney Fani Willis, who engaged in lawfare, was disqualified from the Trump election interference case. She was ordered to pay $54,000 in attorney fees and was found to have violated the Georgia Open Records Act.  Willis was also humiliated in front of a nationwide audience after it was revealed that she hired her lover to prosecute a complex criminal case against President Trump and others though he had no prior criminal law experience.  That case has since been dismissed.

Former prosecutor and current U.S. Senator from California Adam Schiff is being investigated for mortgage fraud.

Former Soros-funded St. Louis Circuit Attorney Kim Gardner resigned from office in 2023 and was required to complete a diversion program for misusing public funds.

Former Soros-funded U.S. Attorney Rachael Rollins from the District of Massachusetts resigned from office after she committed ethical violations and her license to practice law was suspended.

Hillsborough County and Soros-funded State Attorney Andrew Warren was removed from office by Florida Governor Ron DeSantis after he refused to enforce valid existing law relating to restrictions on abortion and gender affirming care.

Finally, Kim Foxx chose not to run for reelection. Additionally, on December 1, 2024, Foxx's last day in office, the Illinois Attorney Registration and Disciplinary Commission suspended her law license for failing to complete mandatory continuing legal education requirements.

Wherefore, the Court of Common Sense can reasonably conclude that the American system of Justice is overwhelmingly rejecting the use of *"Lawfare"* as a political weapon much to the chagrin of George Soros and his sycophants.

Paraphrasing another line from that great movie The Shawshank Redemption and so aptly stated by Morgan Freeman's character "Red,"

*"It feels like we have crawled through 500 yards of shit smelling foulness we can't even imagine, but we came out clean on the other side."*

-30-

*The Honorable Judge James R. Brown, now retired, worked for 30 years in the Cook County Criminal Justice System. He began his career as an Assistant Cook County State's Attorney. He then worked for 8 years as a Criminal Defense Attorney. Brown was then elected to the Cook County Circuit Court in 2002 serving as a Circuit Court Judge for 18 years before retiring.*

