# Exhibit 3

**From:** Illinois Judges Association <ija@memberclicks-mail.net>
**Date:** September 22, 2025 at 9:41:13 AM CDT
**To:** jrblaw@aol.com
**Subject: Recall of Retired Judges**
**Reply-To:** info@ija.org



September 22, 2025
Dear Retired Judge,

The Illinois Supreme Court has agreed that the Circuit Court of Cook County may fill approximately 12 vacant judicial seats by the Supreme Court's recall of retired circuit judges. The temporary recall term will conclude at or near the time of the installation of successful judicial candidates from the 2026 judicial elections.

Retired Circuit or Appellate Court Judges from any County of the State of Illinois may apply. Retired Associate Judges are not eligible, as they cannot be recalled as Circuit Judges.

The three Supreme Court justices from Cook County will review the applications and make appointments to fill these Cook County positions. The positions are likely to be in traffic, municipal, or other high-volume courtrooms.

The current salary for a Circuit Judge is $258,158. No additional stipend will be available for living expenses. Serious candidates are encouraged to contact Angie Ackerson at the Judicial Retirement System to discuss implications regarding the judicial recall process. If you are recalled, your pension will be suspended during that recall period and then adjusted higher after it ends.

*Please see attached Fact Sheet from the Judicial Retirement System for frequently asked questions regarding pensions and insurance.*

To apply, please submit a statement of interest (250 words or less) and a bio or resume of your judicial experience to Margot Holland at info@ija.org by Monday, October 13, 2025. **<u>No applications will be accepted after Monday, October 13, 2025.</u>**  All applications will be sent to the Illinois Supreme Court for review and consideration.

Sincerely,

Don Bernardi & Dan Webber

IJA Co-Chairs of Retired Judges Committee

Illinois Judges Association

