# Exhibit

# 4

# Judge James R. Brown

Email: ████████████ | Phone: ████████████

*Sent via Email*:

████████████████████████████████████████

October 3, 2025

To:     Justice Mary Jane Theis

        Justice P. Scott Neville, Jr.

        Justice Joy V. Cunningham

**Re: Statement of Interest – Judicial Recall Application**

Dear Justice Theis, Justice Neville, and Justice Cunningham:

I respectfully submit my application for recall to judicial service in Cook County, pursuant to the Illinois Supreme Court's authorization to fill vacant judicial seats. It would be a tremendous honor to once again serve the citizens of Cook County and contribute to the continued excellence of our Judiciary.

I served as a Circuit Court Judge from 2002 until my retirement in December 2020, having been elected from the 14th Judicial Subcircuit and retained Countywide in both 2008 and 2014. Over the course of 18 years, I presided in every Branch Court in the City of Chicago, including traffic, misdemeanor, felony preliminary hearings, domestic violence bond court, and 8.5 years in Central Bond Court. I am particularly skilled in managing high-volume courtrooms with fairness, punctuality, and legal precision.

Before my judicial service, I served as an Assistant State's Attorney for five years and practiced criminal defense for eight years. I remain an Attorney in Good Standing, am in excellent physical and mental health, and affirm that no disqualifying events have occurred since my retirement.

I am proud to have been rated "Qualified" by every evaluating Bar Association, with the Chicago Bar Association noting my legal ability and courtroom demeanor. If chosen, I understand the pension implications of recall and am prepared to serve immediately.

Thank you for your consideration.

Respectfully,

**James R. Brown**

# Judge James R. Brown

Email: ███████████ | Phone: ███████████

Retired Circuit Court Judge, Cook County, Illinois, Attorney in Good Standing | Age: ██ | Physically and Mentally Fit for Judicial Service

## Summary

Distinguished retired Circuit Court Judge with 18 years of judicial service in Cook County, Illinois. Known for presiding over high-volume courtrooms with fairness, punctuality, and deep legal knowledge. Rated "Qualified" by all evaluating Bar Associations, with consistent praise from both prosecutors and defense attorneys. Prior legal experience includes roles as both a prosecutor and a criminal defense attorney. Demonstrated commitment to judicial excellence, integrity, and public service. Experienced in traffic, misdemeanor, felony preliminary hearings, domestic violence, and bond courts. Proven ability to manage complex dockets and deliver timely, impartial rulings.

## Judicial Service

**Circuit Court Judge, Cook County, Illinois,** December 2002 – December 2020

- Elected from the 14th Judicial Subcircuit; retained Countywide in 2008 and 2014
- Presided in every Branch Court in the City of Chicago, including:
    - Traffic Court-Adjudicated moving violations and conducted 100's of DUI trials
    - Misdemeanor Courtrooms
    - Felony Preliminary Hearing Courts
    - Domestic Violence Bond Court
    - Branch 46 Misdemeanor Jury Court
    - Central Bond Court (8.5 years)
- Assigned to the First Municipal District for the majority of tenure; served in the Fourth Municipal District (Maywood) from 2005–2006
- Adjudicated thousands of motions, trials, preliminary hearings, and bond hearings
- Recognized for courtroom efficiency, legal precision, and judicial temperament
- Skilled in managing high-volume dockets with professionalism and grace
- Known for punctuality, fairness, and deep respect for litigants and counsel
- Mentored newly appointed judges and collaborated with colleagues to promote courtroom efficiency, judicial ethics, and public trust in the legal system

# Judge James R. Brown

Email: ▉▉▉▉▉▉▉▉ | Phone: ▉▉▉▉▉▉▉

## Judicial Evaluations and Leadership

- Rated "Qualified" for retention by the Chicago Bar Association and all members of the Alliance of Bar Associations
- Chicago Bar Association: "Praised by defense attorneys and prosecutors for his knowledge of the law, legal ability, and punctuality."
- Served two terms on the Board of Directors, Illinois Judges Association
- Maintained a spotless judicial record with no disciplinary actions or disqualifying events

## Legal Experience

**James R. Brown, LTD** Criminal Defense Attorney 1994 – 2002

- Represented clients in criminal matters throughout Cook County
- Handled misdemeanor and felony cases from arraignment through trial
- Built a reputation for thorough case preparation and strong courtroom advocacy
- Developed deep familiarity with Cook County court operations and procedures

**Cook County State's Attorney's Office,** Assistant State's Attorney, Prosecutor, October 1989 – 1994

- Wrote appeals and handled juvenile cases involving abuse, neglect, and delinquency
- Conducted bench trials, preliminary hearings, and motion practice
- Collaborated with law enforcement and victim advocacy groups
- Gained foundational experience in courtroom management and legal ethics

## Education

**Chicago-Kent College of Law** Juris Doctor, 1989

**Loyola University Chicago,** Bachelor of Science in Criminal Justice, 1986

## Current Status

- Retired from the Circuit Court of Cook County in December 2020
- Illinois Attorney in Good Standing
- No disqualifying events since retirement
- Excellent physical and mental health
- Fully prepared to serve under judicial recall provisions