# Exhibit 5

STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the 10th day of November, 2025.

Present: Justice P. Scott Neville, Jr., Chief Justice

| | |
|---|---|
| Justice Mary Jane Theis | Justice David K. Overstreet |
| Justice Lisa Holder White | Justice Joy V. Cunningham |
| Justice Elizabeth M. Rochford | Justice Mary K. O'Brien |

M.R.003033

In re: Assignment of Retired Judge

<u>Order</u>

With the consent of Retired Circuit Judge James R. Brown of Cook County that he be assigned as a retired judge to duty in the Circuit Court of Cook County effective December 15, 2025, and terminating December 7, 2026;

And the Supreme Court having determined that the public necessity so requires;

It is ordered that the above-named judge is assigned to serve for the period indicated above and that he shall receive compensation for such active service at the rate normally paid Circuit Judges of the State of Illinois.

Order entered by the Court.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of December, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

**FILED**
December 11, 2025
SUPREME COURT
CLERK