# Exhibit 6

Rooted in Legacy. Rising In Power.

# COOK COUNTY BAR ASSOCIATION

America's Oldest Bar Association of Black Lawyers and Judges
1718 E. 87th Street • Chicago, Illinois 60617
Telephone: (312) 630-1157 • Email: info@cookcountybar.org • Website: www.cookcountybar.org

**2025-2026 OFFICERS & BOARD OF DIRECTORS**

**EXECUTIVE COMMIITTEE**

**President**
Antonio C. Lee

**President Elect**
LeDeidre S. Turner

**Vice President of Operations**
Mark A. Dunham, Jr.

**Vice President of Education and Information**
Charmaine A. Saffore

**General Secretary**
Keyana Payne

**Financial Secretary**
Glori C. Bond

**Treasurer**
Isiaha Kyles

**BOARD OF DIRECTORS**
Ivory Djahouri
Lesley Gool
Hon. Arnette Hubbard, Ret
Louis C. Raymond, II
Alexzandria C. Rice
Trevor Rogers
Lori A. Roper
André Sutton
Juan R. Thomas
Mecca L. Thompson
Luke Townsend
Lynn Watkins
Monique Patton Woody

**GENERAL COUNSEL**
Eileen M. Letts

**EXECUTIVE DIRECTOR**
Cordelia Brown

**PAST PRESIDENTS**
Nicholas E. Cummings
Raymond D. Rushing
Natasha E. Jenkins
Cannon D. Lambert, Sr.
Nyshana K. Sumner
Jerrod L. Williams
Urie R. Clark
Dartesia A. Pitts
Natalie L. Howse
Hon. Arlene Y. Coleman
Hon. Celestia L. Mays
Delores E. Robinson
Hon. John A. Fairman
Sharon E. Strickland
Lawrence N. Hill
Hon. Marian E. Perkins
Zeophus Williams
Carl K. Turpin
Deborah J. Fortier
Bruce L. Cook
Larry R. Rogers, Jr.
Stephen Stern
Harriet Parker
Andre M. Grant
R. Delacy Peters
Hon. William H. Hooks
Hon. Andrea M. Buford
Hon. P. Scott Neville, Jr.
Hon. Frederick H. Bates
Hon. Leonard Murray
Lewis W. Powell, III
W. Muzette Hill
Hon. Kevin T. Lee
Larry R. Rogers, Sr.
Hon. Freddrenna M. Lyle
*Geraldine C. Simmons
*Earl B. Williams
*Hon. Llewllyn Greene-Thapedi
Hon. John O. Steel, Ret.
Hon. Thomas R. Sumner, Ret.
Hon. Sidney A. Jones, III, Ret.
*Chester Slaughter
Anne M. Fredd
*Ronald S. Samuels
*Lemuel E. Bentley
*Hon. Gay-Lloyd Lott
Hon. Arnette R. Hubbard
*Chester L. Blair
Hon. Walter Williams, Ret
Hon. Everett A. Braden, Ret
James D. Montgomery
*Hon. Clarence Bryant
*Hon. Ellis E. Reid
*Hon. James Harris
*Hon. William E. Peterson
*Hon. Glenn T. Johnson
*Theodore F. Crawley
*Hon. Edward B. Toles
*Charles F. Lane
*James A. McClendon
*James T. Horton
*James G. Lemon, Jr.
*Thomas M. Clarke
*Hon. Sidney A. Jones, Jr.
*Nelson M. Willis
*Zedrick T. Braden
*Hon. Henry Ferguson
*J. Ernest Wilkins
*Earl B. Dickerson
*William K. Hooks
*William H. Temple
*James B. Cashin
*Alva L. Bates
*Hon. Herman Moore
*A. Morris Burroughs
*C. Francis Stradford
*Champion J. Waring
*Willis E. Mollison
*Richard E. Westbrooks
*James A. Terry
*Henry M. Porter
*Edward H. Wright

*Deceased

December 29, 2025

FOR IMMEDIATE RELEASE

## The Cook County Bar Association Expresses Serious Concern and Opposition to the Assignment of Retired Judge James R. Brown to the Circuit Court of Cook County

The statements made by Retired Judge James R. Brown (hereinafter "Judge Brown") demonstrate a lack of civility, character, and sensitivity to diversity, while underscoring critical questions on whether he can fairly and impartially uphold the rule of law as a sitting judge serving the citizens of Cook County. The Cook County Bar Association (CCBA) draws attention to the issues outlined below and respectfully requests the Supreme Court of Illinois to reconsider the assignment of Judge Brown to the Circuit Court.

On December 11, 2025, the Supreme Court of Illinois issued an order assigning Judge Brown to duty in the Circuit Court of Cook County effective December 15, 2025, and terminating December 7, 2026. *See* Order attached hereto as Exhibit A. The Supreme Court's Order determined that Judge Brown's assignment was deemed a public necessity, and that throughout his assignment, he will receive compensation at the rate normally paid to Circuit Judges of the State of Illinois.

However, on or about September 5, 2025, Judge Brown published an article on johnkassnews.com entitled "His Judgement Cometh and That Right Soon," with a statement indicating that the article was authored "By The Honorable Judge James R. Brown." *See* Article attached hereto as Exhibit B. In the article, Judge Brown made numerous adverse comments that draw into question his ability to fairly and impartially serve the judiciary. These comments include, but are not limited to, the following:

- "Justice awaits those who brazenly and viscously demonized the 77 million Trump supporters."
- "Accountability, in one form or another, is coming to the George Soros-funded progressive prosecutors who waged "lawfare" against President Trump."
- "Prosecutors engaging in lawfare sent shockwaves not only through the legal community but also through our system of justice."
- "Statues were erected in honor of 8 time convicted felon George Floyd."

- "Many prominent voices were canceled for voicing their opinions and many of our institutions were falsely accused of systemic racism."
- "Biological men were allowed to participate in women's sports and allowed to use their bathrooms and locker rooms. Tampons were put in boys' bathrooms at some schools."
- "A United States Supreme Court nominee could not articulate the definition of "Woman" at her confirmation hearing."
- "American citizens have been senselessly murdered by illegal aliens."
- "But the most serious and dangerous threat ever directed at the American system of Justice is the use of lawfare by the Left. Lawfare is defined as a strategic use of the legal system as a tool to achieve a political objective. Lawfare has been waged by Soros-funded prosecutors and has had a chilling effect on our justice system."
- "Progressive prosecutors have blatantly violated their oath to uphold the law."
- "Soros-funded and Trump-hating New York Attorney General Letitia James sued President Trump for civil fraud. The flimsy case was a blatant attempt by AG James to bankrupt President Trump and keep him off the campaign trail. With the assistance of Leftist Judge Arthur Engeron, President Trump was found liable, and Engeron imposed an unprecedented $465 million civil fine."
- "Next, Soros-funded New York District Attorney Alvin Bragg indicted President Trump on 34 felony counts of falsifying business records. With the assistance of conflicted Judge Juan Merchan, the case resulted in a conviction on all counts."

On September 29, 2025, Judge Brown subsequently spoke on a podcast segment called "The Chicago Way" to promote the aforementioned article. *See* Chicago Way w/ John Kass: A Retired Judge on How a Bad Apple Can Spoil the Bunch. As of December 29, 2025, Judge Brown's article and podcast segment are both available for public access.

Unquestionably, Judge Brown's statements not only run afoul to the Illinois Code of Judicial Conduct and guidelines by which bar associations evaluate judges, but also damage the public trust that our esteemed judiciary so preciously uphold. Independence, fairness, and impartiality are the cornerstones of our justice system, and judges are to lead with integrity when interpreting and applying the law. More importantly, judges must respect and honor the judicial office as a public trust while striving to maintain and enhance confidence in the legal system. Judge Brown's actions violate these standards. *See, e.g.,* pg. 1, Sec. 4 of the Preamble and Scope of the Illinois Code of Judicial Conduct ("The Code governs a judge's personal and judicial activities conducted in person, on paper, and by telephone or other electronic means. A violation of the Code may occur when a judge uses the Internet, including social networking sites, to post comments or other materials such as links to websites, articles, or comments authored by others, photographs, cartoons, jokes, or any other words or images that convey information or opinion. . . . Judges must carefully monitor their social media accounts to ensure that no communication can be reasonably interpreted as suggesting a bias or prejudice…or an absence of judicial independence, impartiality, integrity, or competence.").

Though his theory pivots the blame on "progressive prosecutors," Judge Brown's comments regarding "lawfare by the Left" consequently undermines confidence in the entire justice system, questions whether the *judiciary*—the same position to which he has been assigned—can properly interpret and uphold the law, and casts great doubt whether he can serve impartially without political motives, debunked theories, and other biases against marginalized communities. Notably, Judge Brown's inflammatory comments about "Leftist Judge Arthur Engeron" "assisting" an attorney general to find a defendant liable and impose an unprecedented civil fine underscore the very reason why our country is fighting so hard to protect the independence of the judiciary and the rule of law. Such comments do not promote public trust in our justice system; rather, it erodes confidence, promotes harmful and divisive discourse, and damages the respect for our justice system. At a time when misinformation and disinformation cause mass chaos amongst many, the Courts should be free from individuals who harvest political bias or judges who willfully avoid following the law.

The diverse fabric of our legal community and citizens of Cook County deserve a competent judge who garners a sensitivity and cultural awareness to issues related to diversity. The population of Cook County includes over 1.15 million Black or African American residents, approximately 520,100 non-citizen residents, and over 2.5 million residents who identify as female. This is only a snapshot of the people from various backgrounds and communities that the judiciary serves. Not only are lawyers impacted by a judge who manifests a bias against marginalized groups, but also their clients who seek justice under the law. Despite this, Judge Brown's statements regarding George Floyd, systemic racism, foreign nationals, issues related to gender identity, LGBTQIA+ individuals, and political affiliations are blatantly disrespectful, insensitive, harmful, and foul.

To be clear, political commentary and the legal protections granted by the First Amendment Freedom of Speech Clause are separate from the criteria used to evaluate candidates seeking the bench, namely CCBA's Judicial Evaluation Guidelines and the Judicial Code of Ethics. For example, CCBA's Guidelines evaluate a candidate's sensitivity to diversity and hold that, "a judicial candidate should act and deal with others appropriately to reduce or eliminate conduct or speech which manifests bias based on race, ethnicity, gender, gender identity, religion, national origin, disability, age, sexual orientation, and/or socioeconomic status." The common thread is whether an individual can uphold the requirements of an independent, fair, and impartial judiciary while interpreting and applying the law. The CCBA lacks confidence that Judge Brown can satisfy these requirements.

In full consideration of the issues discussed herein, the Cook County Bar Association strongly opposes the assignment of Judge Brown to duty in the Circuit Court of Cook County.


Respectfully,

*/s/ Executive Committee*
Cook County Bar Association

Enclosures: Exhibits A-B

**Exhibit A**

STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the 10th day of November, 2025.

Present: Justice P. Scott Neville, Jr., Chief Justice

| | |
|---|---|
| Justice Mary Jane Theis | Justice David K. Overstreet |
| Justice Lisa Holder White | Justice Joy V. Cunningham |
| Justice Elizabeth M. Rochford | Justice Mary K. O'Brien |

M.R.003033

In re: Assignment of Retired Judge

Order

With the consent of Retired Circuit Judge James R. Brown of Cook County that he be assigned as a retired judge to duty in the Circuit Court of Cook County effective December 15, 2025, and terminating December 7, 2026;

And the Supreme Court having determined that the public necessity so requires;

It is ordered that the above-named judge is assigned to serve for the period indicated above and that he shall receive compensation for such active service at the rate normally paid Circuit Judges of the State of Illinois.

Order entered by the Court.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of December, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

**FILED**
December 11, 2025
SUPREME COURT
CLERK

# Exhibit B



DAVOS/SWITZERLAND, 27JAN10 - GEORGE SOROS, CHAIRMAN, SOROS FUND MANAGEMENT, USA, CAPTURED DURING THE SESSION 'REBUILDING ECONOMICS' OF THE ANNUAL MEETING 2010 OF THE WORLD ECONOMIC FORUM IN DAVOS, SWITZERLAND, JANUARY 27, 2010 AT THE CONGRESS CENTRE. COPYRIGHT BY WORLD ECONOMIC FORUM SWISS-IMAGE.CH/PHOTO BY SEBASTIAN DERUNGS

# His Judgement Cometh and That





**Search All Columns & Podcasts**

Search



**23 Must-Have Gadgets Flying Off the Shelves Th**

## What I'm Reading

Real Clear Politics

# Right Soon

*By The Honorable Judge James R. Brown*

**HEAR YE! HEAR YE! HEAR YE!**

The Court of Common Sense is finally back in Session after far too many years of adjournment. This Honorable Court hereby declares to all the good, decent, fair-minded and loyal readers of the legendary columnist John Kass and to anyone else who is interested, that there is again "*Probable Cause*" for renewed faith in the American Justice system.

Justice awaits those who brazenly and viciously demonized the 77 million Trump supporters. Accountability, in one form or another, is coming to the George Soros-funded progressive prosecutors who waged "lawfare" against President Trump. Prosecutors engaging in lawfare sent shockwaves not only through the legal community but also through our system of justice.

As President Trump said so many times during the campaign, "the only thing that stands between You and Them, is Me". That

The American Conservative

The National Interest

The Atlantic

Jacobin

The Federalist

National Review

NY Post

WSJ

The Paris Review



Men Can't Get Enough of Cozy Cashmere Sweatshirts

Subscribe for updates

**Name** *(Required)*

First     Last

**Email** *(Required)*

statement was spot-on accurate.

It reminds me of a famous quote from one of the greatest movies ever made. In the movie, *The Shawshank Redemption*, Warden Norton's corruption scheme has been revealed, the authorities are closing in on him, and he is about to be arrested. The camera pans to a picture of a quote hanging on the warden's office wall, *"HIS JUDGEMENT COMETH and that RIGHT SOON"*

Ladies and Gentlemen, the evidence shows that the scales of justice have tipped, the tables have turned, and Judgement Day is Coming.

First, the ever-resilient American People have endured and survived the Obama, and Biden/Harris administrations and their

**CAPTCHA**

[ ] I'm not a robot
reCAPTCHA
Privacy - Terms

SUBMIT

Discover more
⊕ Supreme
⊕ Online movie streaming se
⊕ Supreme Court of the United
⊕ Local event calendar
⊕ Newsletter subscription
⊕ Local Chicago history to
⊕ podcast
⊕ Author meet and greet ev
⊕ Conservative news subscri
⊕ Chicago Way merchand

inane policies.

We outlived the draconian Covid Lockdowns, and the Fauci lies.

We have persevered despite repeated attempts to censor our speech.

We watched two politically contrived and bogus impeachments.

We witnessed the freakish escapades of Hunter Biden, courtesy of his "laptop from hell."

Inconceivably, a bag of cocaine was found at the Whitehouse.

Social Media platforms manipulated our online searches.

Mail-in ballots and drop boxes, some say, were used to steal a Presidential Election.

The January 6th Committee findings were so partisan based and erroneous that President Biden was compelled to issue a preemptive pardon to all committee members.

We tragically lost 13 U.S. service members in the botched Afghanistan withdrawal.

Statues were erected in honor of 8 time convicted felon George Floyd.

In the summer of 2020, the BLM riots caused more than $1 billion dollars of damage.

Several major cities defunded their police departments.

Many prominent voices were canceled for voicing their opinions and many of our institutions were falsely accused of systemic racism.

Biological men were allowed to participate in women's sports and allowed to use their bathrooms and locker rooms. Tampons were put in boys' bathrooms at some schools.

A United States Supreme Court nominee could not articulate the definition of 'Woman" at her confirmation hearing."

The Biden Administration allowed millions of undocumented illegal immigrants into our country.

Deadly fentanyl, coming through our southern border, caused tens of thousands of deaths.

American citizens have been senselessly murdered by illegal aliens.

Conservative Supreme Court Justices have been doxed.

A Democrat aide filmed himself having sex in a Senate hearing room.

A transgender activist went topless at a Whitehouse event.

American citizens suffered through crippling inflation.

Russia invaded Ukraine on Biden's watch.

The Supreme Court's "Dobbs" decision (abortion) was illegally leaked, and no person has ever been held accountable. On several occasions President Biden fell down, shook hands with invisible people and wandered off aimlessly at events and was unable to answer questions without a teleprompter.

Democrats refused to hold a primary after Biden withdrew from the 2024 Presidential race. President Biden was investigated for illegally possessing classified documents. A Special Prosecutor declined to charge him, concluding in part, that he was an "elderly man with a poor memory."

Case: 1:26-cv-01825 Document #: 1-6 Filed: 02/18/26 Page 12 of 19 PageID #:55

Americans watched President Trump get shot on live television at a rally in Butler, Pennsylvania.

But the most serious and dangerous threat ever directed at the American system of Justice is the use of lawfare by the Left. Lawfare is defined as a strategic use of the legal system as a tool to achieve a political objective. Lawfare has been waged by Soros-funded prosecutors and has had a chilling effect on our justice system. Using the law to destroy your political opponent or using the law to thwart the will of the People is un-American, unjust, unbecoming, untoward and illegal.

Progressive prosecutors have blatantly violated their oath to uphold the law. The use of lawfare has caused the American People to lose faith and trust in the justice system. According to a 2024 Gallup poll, confidence in the judicial system has declined to a record low of just 35%.

The most notable examples of Left's use of lawfare include Colorado Secretary of State and attorney Jena Griswold sued to keep President Trump off the Colorado ballot in the 2024 Presidential Election. Griswold's futile efforts resulted in a unanimous 9 to 0

Case: 1:26-cv-01825 Document #: 1-6 Filed: 02/18/26 Page 13 of 19 PageID #:56

decision by the U.S. Supreme Court (Trump v Anderson) prohibiting Colorado and the remaining 49 states from removing President Trump from the ballot.

Soros-funded and Trump-hating New York Attorney General Letitia James sued President Trump for civil fraud. The flimsy case was a blatant attempt by AG James to bankrupt President Trump and keep him off the campaign trail. With the assistance of Leftist Judge Arthur Engeron, President Trump was found liable, and Engeron imposed an unprecedented $465 million civil fine.  Recently, the New York Court of Appeals vacated the fine because it violated the 8th Amendment which prohibits the imposition of excessive fines.  Ironically, Letitia James is currently under investigation by the Justice Department for mortgage fraud.

Next, Soros-funded New York District Attorney Alvin Bragg indicted President Trump on 34 felony counts of falsifying business records. With the assistance of conflicted Judge Juan Merchan, the case resulted in a conviction on all counts.

However, the overwhelming consensus in the legal community is that this case will eventually be overturned on appeal.

According to Bloomberg News more than 320 lawsuits have been filed against the Trump Administration this year alone. Through the use of lawfare the Left is hellbent on stopping President Trump from implementing his agenda.

Locally, the law-abiding citizens of Cook County have had to endure eight years of Soros-funded Cook County State's Attorney Kim Foxx.

Foxx deliberately ignored her oath of office. Foxx refused to prosecute felony retail theft cases unless the value of the merchandise exceeded $1,000.00. Illinois law requires that the value of the stolen merchandise exceeds $300.00 to make it a felony.

Most remarkably, Foxx allowed Jussie Smollett to get away with a hate crime hoax that stunned the nation. The case ultimately ended in the Illinois Supreme Court overturning Smollett's conviction not because the evidence of Smollett's guilt was insufficient but due to a legal technicality.

However, some good did come out of the Smollett hoax fiasco. The much-maligned Chicago Police Department Detective Division conducted a thorough and fair investigation. Their textbook investigation exposed Smollett's lies for the nation to see.

Retired Illinois Appellate Court Justice Sheila O'Brien, in a capacity as a private citizen, helped to expose and correct the injustice inflicted by Kim Foxx.

Judge Michael Toomin (now deceased), a widely respected Jurist, made a courageous ruling and reinstated the case that Foxx dismissed. That decision, did not sit well with the Democrat party and Judge Toomin was targeted for defeat in his retention election by Cook County Board President Toni Preckwinkle. Despite those nefarious efforts, Judge Toomin was successfully retained.

Special Prosecutor Dan Webb, one of the finest trial lawyers in America, and his team did an outstanding job presenting the evidence. Webb prosecuted the case "pro bono." Smollett Trial Court Judge James Linn, one of very best judges to ever wear a robe, conducted a fair and impartial trial.

Regrettably, Smollett was not held to account legally, but fortunately the Court of Public Opinion rendered a very negative verdict against him.

Some of the most prominent Soros-funded prosecutors have also met a bad fate.

Soros-funded Baltimore prosecutor, Marilyn Mosby, was convicted of perjury and is no longer a prosecutor.

Soros-funded San Francisco prosecutor Chesa Boudin was recalled and removed from office by voters halfway through his term.

Los Angeles County and Soros-funded prosecutor George Gascon lost his reelection bid in 2024.

Fulton County District Attorney Fani Willis, who engaged in lawfare, was disqualified from the Trump election interference case. She was ordered to pay $54,000 in attorney fees and was found to have violated the Georgia Open Records Act.  Willis was also humiliated in front of a nationwide audience after it was revealed that she hired her lover to prosecute a complex criminal case against

President Trump and others though he had no prior criminal law experience. That case has since been dismissed.

Former prosecutor and current U.S. Senator from California Adam Schiff is being investigated for mortgage fraud.

Former Soros-funded St. Louis Circuit Attorney Kim Gardner resigned from office in 2023 and was required to complete a diversion program for misusing public funds.

Former Soros-funded U.S. Attorney Rachael Rollins from the District of Massachusetts resigned from office after she committed ethical violations and her license to practice law was suspended.

Hillsborough County and Soros-funded State Attorney Andrew Warren was removed from office by Florida Governor Ron DeSantis after he refused to enforce valid existing law relating to restrictions on abortion and gender affirming care.

Finally, Kim Foxx chose not to run for reelection. Additionally, on December 1, 2024, Foxx's last day in office, the Illinois Attorney Registration and Disciplinary

Commission suspended her law license for failing to complete mandatory continuing legal education requirements.

Wherefore, the Court of Common Sense can reasonably conclude that the American system of Justice is overwhelmingly rejecting the use of *"Lawfare"* as a political weapon much to the chagrin of George Soros and his sycophants.

Paraphrasing another line from that great movie The Shawshank Redemption and so aptly stated by Morgan Freeman's character "Red,"

*"It feels like we have crawled through 500 yards of shit smelling foulness we can't even imagine, but we came out clean on the other side."*

-30-

*The Honorable Judge James R. Brown, now retired, worked for 30 years in the Cook County Criminal Justice System. He began his career as an Assistant Cook County State's Attorney. He then worked for 8 years as a Criminal Defense Attorney. Brown was then elected to the Cook County Circuit Court in 2002 serving as a Circuit Court Judge for 18 years before retiring.*

# Comments [45]

### Helen Edwards

SEPTEMBER 5, 2025 AT 5:30 AM

Judgement is coming for us all. Forgiveness and Judgement are the Lord's. We all will be judged. George Sotos should have been in jail long ago with so many of his friends.

Log in to Reply