# Exhibit

# 8

STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the 12th day of January, 2026.

Present: Justice P. Scott Neville, Jr., Chief Justice

| | |
|---|---|
| Justice Mary Jane Theis | Justice David K. Overstreet |
| Justice Lisa Holder White | Justice Joy V. Cunningham |
| Justice Elizabeth M. Rochford | Justice Mary K. O'Brien |

M.R.003033

In re: Assignment of Retired Judge

Order

The assignment of Retired Circuit Judge James R. Brown to duty in the Circuit Court of Cook County by order of December 11, 2025, is vacated.

Order entered by the Court.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of January, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

**FILED**
January 26, 2026
SUPREME COURT
CLERK