**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES R. BROWN, | ) | |
| | ) | Case No. 1:26-cv-1825 |
| Plaintiff, | ) | |
| | ) | Judge Joan Lefkow |
| v. | ) | |
| | ) | |
| P. SCOTT NEVILLE, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SET A BRIEFING**
**SCHEDULE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants Chief Justice P. Scott Neville, Jr., Justice Mary Jane Theis (ret.), Justice Lisa Holder White, Justice Joy V. Cunningham, Justice Elizabeth M. Rochford, Justice Mary K. O'Brien, Justice David K. Overstreet, and Justice Sanjay T. Tailor of the Illinois Supreme Court, by their attorney, Kwame Raoul, Attorney General of Illinois, hereby respond to Plaintiff's motion to set a briefing schedule on Plaintiff's motion for a preliminary injunction and request that the Court enter their proposed briefing schedule on Plaintiff's complaint and motion for preliminary injunction. In particular, Defendants request 28 days, until April 6, 2026, to file their combined motion to dismiss and response to Plaintiff's motion for preliminary injunction.

1. Plaintiff filed his complaint on February 18, 2026. Dkt. 1. Through counsel, Defendants received requests to waive service on February 27, 2026. Defendants' response to the Complaint are therefore due April 28, 2026. Fed. R. Civ. P. 4(d)(3). On March 9, 2026—nearly three weeks after filing his complaint—Plaintiff filed his motion for preliminary injunction. Dkt. 7.

2. As noted in Plaintiff's motion to set a briefing schedule, Plaintiff's counsel conferred with Defendants' counsel regarding a briefing schedule, and the parties were unable to

1

come to an agreement. Dkt. 8. However, Plaintiff's motion does not indicate Defendants' proposed schedule (*id.*); Defendants therefore respectfully submit the instant response to present their proposed briefing schedule and the reasons therefore.

3. Plaintiff is a retired Cook County Judge who was assigned to a one-year recall term on the Cook County bench. Dkt. 1. He began the recall term on December 15, 2025. *Id.* Plaintiff asserts that Defendants violated Plaintiff's First Amendment and procedural due process rights when they terminated his recall assignment following the discovery of public statements Plaintiff made between his retirement and recall appointment. *Id*. Plaintiff asks the Court to issue injunctive relief restoring him to the position of Cook County Judge for the remainer of his recall assignment, as well as declaratory relief and damages. Defendants anticipate moving to dismiss Plaintiff's lawsuit.

4. Plaintiff's motion for preliminary injunction asks that the Court restore him to his recall term for the duration of this litigation based on Defendants' alleged First and Fourteenth Amendment violations. *Id.* Because this litigation will likely continue past December 15, 2026 (when Plaintiff's one-year recall assignment would have ended), Plaintiff's motion for preliminary injunction therefore seeks all of the injunctive relief Plaintiff seeks in this matter. *Id.*

5. Therefore, Defendants' response to Plaintiff's motion for preliminary injunction will necessarily include major substantive portions of Defendants' anticipated motion to dismiss Plaintiff's complaint. In the interest of economy for the parties and the Court, Defendants therefore intend to file a combined brief in support of their motion to dismiss Plaintiff's complaint and in opposition to his motion for preliminary injunction.

6. Given the complexity of the legal issues in this matter, Defendants require more than the two weeks proposed in Plaintiff's briefing schedule motion for their response. Although

2

Defendants' responsive pleadings to Plaintiff's complaint are not due until April 28, 2026, Defendants propose the following schedule, which would allow them 28 days to respond to both Plaintiff's motion for preliminary injunction and complaint together:

| | |
|---|---|
| **Defendants' Combined Motion to Dismiss Plaintiff's Complaint and Response to Plaintiff's Motion for Preliminary Injunction** | **April 6, 2026** |
| **Plaintiff's Reply in Support of Motion for Preliminary Injunction** | **April 13, 2026[1]** |
| **Plaintiff's Response to Defendants' Motion to Dismiss** | **May 4, 2026** |
| **Defendant's Reply in Support of Motion to Dismiss** | **June 1, 2026** |

7.      Defendants defer to the Court to set a hearing date on Plaintiff's preliminary injunction.

8.      Defendants' requested schedule is not made for any improper purpose or delay. Rather, as described above, Defendants require the additional time in order to prepare and file an appropriate response to Plaintiff's motion for preliminary injunction.

WHEREFORE, Defendants Chief Justice P. Scott Neville, Jr., Justice Mary Jane Theis (ret.), Justice Lisa Holder White, Justice Joy V. Cunningham, Justice Elizabeth M. Rochford, Justice Mary K. O'Brien, Justice David K. Overstreet, and Justice Sanjay T. Tailor of the Illinois Supreme Court, respectfully request that the Court grant and enter the above-listed briefing schedule on Plaintiff's complaint and motion for preliminary injunction.

---

[1] Plaintiff's counsel indicated that Plaintiff prefers to file separate briefs for his reply in support of his preliminary injunction motion and his response to Defendants' motion to dismiss. Defendants' proposed schedule preserves the one-week reply period Plaintiff's motion proposed (Dkt. 7), but Defendants would not object to a reasonable longer reply period.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois                By:     /s/      Lee Stark

                                            Lee Stark
                                            Assistant Attorney General
                                            Government Representation Division
                                            General Law Bureau
                                            115 S. LaSalle Street
                                            Chicago, Illinois 60603
                                            (224) 278-8343
                                            Lee.stark@ilag.gov
                                            *Counsel for Defendants*

4