

# United States District Court
# Northern District of Illinois

In the Matter of

James R Brown

v.

P Scott Neville, Jr., et al.

District Judge Edmond E. Chang

Case No. 26-CV-1825

Designated Magistrate Judge
Jeannice W. Appenteng

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

**Judge Joan Humphrey Lefkow**

Date: Tuesday, March 10, 2026

---

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

Dated:Tuesday, March 10, 2026

District Reassignment - By Lot

..................................................................................................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot