**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES R. BROWN, | ) | |
| | ) | Case No. 1:26-cv-1825 |
| Plaintiff, | ) | |
| | ) | Judge Edmond E. Chang |
| v. | ) | |
| | ) | Magistrate Judge Jeannice W. Appenteng |
| P. SCOTT NEVILLE, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION**
**TO SUBMIT OVERSIZE BRIEF, *INSTANTER***

Defendants, by their attorney, Kwame Raoul, Attorney General of Illinois, and pursuant to Local Rule 7.1, move for leave to file an 24-page combined brief in support of their motion to dismiss Plaintiffs' complaint and in opposition to Plaintiff's motion for a preliminary injunction, *instanter*. In support thereof, Defendants state the following:

1. On March 26, 2026, the Court granted Defendants' request to file a combined memorandum in support of their motion to dismiss Plaintiff's complaint and in opposition to Plaintiff's motion for preliminary injunction, "given that the likelihood-of-success element will overlap with the anticipated dismissal motion." Dkt. 13.

2. Accordingly, Defendants have prepared a combined memorandum, filed concurrently herewith, addressing Plaintiff's Fourteenth and First Amendment claims on the merits and their defenses thereto, as well as Plaintiff's motion for preliminary injunction. Dkt. 14. The brief addresses the Illinois Code of Judicial Conduct and the Illinois Supreme Court's authority to make temporary judicial recall assignments under the Illinois Constitution and makes several distinct arguments in support of dismissal of Plaintiff's claims under the United States Constitution

and in opposition to Plaintiff's motion for preliminary injunction. *See, generally, id.* These arguments include that (1) the Court should abstain from jurisdiction under principles of federalism and comity; (2) Defendants are entitled to absolute judicial immunity; (3) Plaintiff has not stated a claim under either the Fourteenth or First Amendment; (4) Defendants are entitled to qualified immunity; (5) for all of these reasons, Plaintiff does not have a likelihood of success on the merits and (6) cannot establish irreparable harm; and (7) the balance of harms weighs in Defendants' favor.

3.      Defendants accordingly require additional pages to adequately address the issues in this case. Defendants therefore respectfully request that the Court grant them leave to file a brief in excess of the 15-page limit, *instanter*.

4.      Plaintiff does not object to this motion, which is not brought for any improper purpose and will not prejudice Plaintiff. Defendants would not object to a brief of similar, reasonable length from Plaintiff.

WHEREFORE, Defendants respectfully request that the Court grant their unopposed motion for leave to file a 24-page brief in support of their motion to dismiss Plaintiff's complaint and in opposition to Plaintiff's motion for preliminary injunction, *instanter*.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: */s/ Lee Stark*
Lee Stark
Assistant Attorney General
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(224) 278-8343
Lee.stark@ilag.gov
*Counsel for Defendants*

2