# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

James R Brown

        Plaintiff,

v.

        Case No.: 1:26–cv–01825
        Honorable Edmond E. Chang

P Scott Neville Jr, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 6, 2026:

    MINUTE entry before the Honorable Edmond E. Chang: The Defendants' unopposed motion [16] to file oversized brief of 24 pages is granted. The Plaintiff may use 24 pages for the combined reply/response. The tracking status hearing of 04/10/2026 remains in place for now, but will be vacated before that date. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.