IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES R. BROWN,<br><br>      Plaintiff,<br><br>v.<br><br>P. SCOTT NEVILLE, JR., *et al.,*<br><br>      Defendants. | Case No. 1:26-cv-1825<br><br>Hon. Edmond E. Chang |

**Plaintiff's Exhibit List for May 6, 2026, Hearing on Plaintiff's Motion for Preliminary Injunction**

Pursuant to this Court's April 30, 2026, order (ECF No. 22), Plaintiff submits the

below exhibits list for the hearing on May 6, 2026.

| Ex. No. | Description |
|---|---|
| 1 | Recall Opportunity Email from Ill. Judges Association |
| 2 | J. Brown Application for Recall |
| 3 | Ill. Supreme Court Appointing Order |
| 4 | Chicago Council of Lawyers Complaint |
| 5 | Cook County Bar Association Complaint |
| 6 | Ill. Supreme Court Order Vacating Appointment |
| 7 | Media email w/ Ill. Supreme Court Statement |
| 8 | Law360: *Ill. Justices Face Judge's Suit Over Removal for MAGA Op-Ed*, February 19, 2026 |

1

Dated: May 3, 2026

Respectfully submitted,

_Brendan J. Philbin_

Jeffrey M. Schwab
Brendan J. Philbin*
PA Bar No. 307276
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78737
512-481-4400
jschwab@ljc.org
bphilbin@libertyjusticecenter.org

* _admitted pro hac vice_

_Counsel for Plaintiff_

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.

The 3rd day of May 2026.

Brendan J. Philbin
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
bphilbin@libertyjusticecenter.org

\* *Admitted pro hac vice*
*Attorney for Plaintiff*