IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES R. BROWN,<br><br>      Plaintiff,<br><br>v.<br><br>P. SCOTT NEVILLE, JR., *et al.,*<br><br>      Defendants. | Case No. 1:26-cv-1825<br><br>Hon. Edmond E. Chang |

**NOTICE OF APPEAL**

Plaintiff James R. Brown appeals to the United States Court of Appeals for the Seventh Circuit from the June 1, 2026, Memorandum Opinion and Order of the United States District Court for the Northern District of Illinois abstaining and staying this case. (ECF No. 32). Plaintiff appeals the Memorandum Opinion and Order pursuant to 28 U.S.C. § 1291. *Loughran v. Wells Fargo Bank, N.A.*, 2 F.4th 640, 645 (7th Cir. 2021).

1

Dated: June 5, 2026

Respectfully submitted,

_Brendan J Philbin_

Brendan J. Philbin*
PA Bar No. 307276
Jeffrey M. Schwab
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78737
512-481-4400
jschwab@ljc.org
bphilbin@libertyjusticecenter.org

* _admitted pro hac vice_

_Counsel for Plaintiff_

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.

The 5th day of June 2026.

*Brendan J Philbin*

Brendan J. Philbin
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
bphilbin@libertyjusticecenter.org

*\* Admitted pro hac vice*
*Attorney for Plaintiff*

3