**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES R. BROWN, | ) | |
| | ) | Case No. 1:26-cv-1825 |
| Plaintiff, | ) | |
| | ) | Judge Edmond E. Chang |
| v. | ) | |
| | ) | |
| P. SCOTT NEVILLE, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CROSS-APPEAL**

Defendants-Appellees/Cross-Appellants Chief Justice P. Scott Neville, Justice David K. Overstreet, Justice Lisa Holder White, Justice Joy V. Cunningham, Justice Elizabeth M. Rochford, Justice Mary K. O'Brien, Justice Mary Jane Theis (ret.), and Justice Sanjay Tailor (collectively, "Defendants"), cross-appeal to the United States Court of Appeals for the Seventh Circuit from the order issued by the United States District Court for the Northern District of Illinois on June 1, 2026 (Dkt. 32), which (1) concluded that abstention was warranted and thus stayed the action; (2) denied Plaintiff's motion for a preliminary injunction (Dkt. 7); and (3) denied Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), which included an assertion of judicial immunity (Dkt. 14). *See, generally*, Dkt. 32. By this interlocutory cross-appeal, Defendants request that the portions of the district court's order declining to dismiss this action on judicial immunity grounds be reversed and vacated, and for any other relief that may be deemed appropriate. *See, e.g., Nixon v. Fitzgerald*, 457 U.S. 731 (1982) (claims of absolute immunity fall within collateral order doctrine); *Dawson v. Newman*, 419 F.3d 656, 660 (7th Cir. 2005) (judicial immunity is a "complete immunity from suit").

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois          By:      /s/        Lee Stark

Lee Stark
Assistant Attorney General
Government Representation Division
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
(224) 278-8343
Lee.stark@ilag.gov
*Counsel for Justices*