IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES R. BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>P. SCOTT NEVILLE, JR., *et al.,*<br><br>        Defendants. | Case No. 1:26-cv-1825<br><br>Hon. Edmond E. Chang |

## PLAINTIFF'S STATUS REPORT

Pursuant to this Court's June 1, 2026, Memorandum and Order (ECF No. 32), undersigned counsel submits this Status Report. Plaintiff conferred with counsel for Defendants regarding this filing. However, the parties were unable to file jointly due to the federal holiday.

### Status of Appeals

On June, 5, 2026, Plaintiff filed a Notice of Appeal (ECF No. 34) of this Court's decision to abstain and stay this proceeding. This appeal has been docketed at the Seventh Circuit Court of Appeals. Plaintiff's initial brief is due to the Seventh Circuit on or before July 20, 2026.

On June 16, 2026, Defendants filed a Notice of Cross-Appeal (ECF No. 38) of this Court's decision declining to grant Defendants judicial immunity. This Appeal has been docketed at the Seventh Circuit Court of Appeals. Defendants' initial brief is due to the Seventh Circuit on or before August 19, 2026.

1

On June 18, 2026, the Seventh Circuit consolidated these appeals for purposes of briefing and disposition. The final brief in the consolidated appeal is due on or before October 9, 2026.

### Status of Related State Court Action

No actions regarding this controversy have been taken in state court.

### Proposed Next Steps for Litigation

Plaintiff proposes that this matter remain stayed pending decisions by the Seventh Circuit Court of Appeals.

Dated: June 19, 2026

Respectfully submitted,

Brendan J. Philbin*
PA Bar No. 307276
Jeffrey M. Schwab
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78737
512-481-4400
jschwab@ljc.org
bphilbin@libertyjusticecenter.org

*admitted pro hac vice*
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.

The 19th day of June 2026.

Brendan J. Philbin
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
bphilbin@libertyjusticecenter.org

*\* Admitted pro hac vice*
*Attorney for Plaintiff*

3