IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES R. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>P. SCOTT NEVILLE, JR., *et al.*,<br><br>Defendants. | Case No. 1:26-cv-1825<br><br>Hon. Edmond E. Chang |

**JOINT STATUS REPORT**

Pursuant to this Court's October 15, 2026, Minute Entry (ECF No. 46), undersigned counsel submits this Joint Status Report. The parties sincerely apologize to the Court for their oversight in missing the Court's prior-set deadlines for status reports. No disrespect was intended, and the parties will make every effort to ensure that this oversight will not ever occur again.

**Status of Appeals**

On September 1, 2026, the Seventh Circuit Court of Appeals ordered the parties engage in mediation pursuant to Rule 33 of the Federal Rules of Appellate Procedure and Circuit Rule 33. The parties continue to meaningfully engage in that process. On October 15, 2026, upon advice of the Seventh Circuit's Circuit Mediation office, the Court ordered all proceedings in the appeal stayed pending mediation. The Seventh Circuit directed Appellants and Appellees to make an

electronic mail status report to the Circuit Mediation Office on or before November 16, 2026.

**Status of Related State Court Action**

No actions regarding this controversy have been taken in state court.

**Proposed Next Steps for Litigation**

The parties propose that this matter remain stayed pending decisions by the Seventh Circuit Court of Appeals.

Dated: October 16, 2026

Respectfully submitted,

_//s// Brendan J. Philbin_

Brendan J. Philbin*
PA Bar No. 307276
Jeffrey M. Schwab
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78737
512-481-4400
jschwab@ljc.org
bphilbin@libertyjusticecenter.org

* *admitted pro hac vice*
*Counsel for Plaintiff*

KWAME RAOUL
Attorney General of Illinois

By: */s/ Lee Stark*
Lee Stark
Assistant Attorney General
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(224) 278-8343
Lee.stark@ilag.gov

*Counsel for Defendants*